THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT PANNONE, Relator, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.—

Motion for leave to dispense with printing, and for other relief, denied without prejudice. The court cannot consider the motion, since the appeal was taken before entry of the order sought to be reviewed, and hence no appeal has as yet been properly taken from such order. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.